PER CURIAM.
Affirmed. United States v. York, 933 F.2d 1343, 1365-1366 (7th Cir.1991), cert. denied, 502 U.S. 916, 112 S.Ct. 321, 116 L.Ed.2d 262 (1991); Garcia v. State, 644 So.2d 59, 62 (Fla.1994), cert. denied, — U.S. -, 115 S.Ct. 1799, 131 L.Ed.2d 726 (1995); Peterka v. State, 640 So.2d 59, 69 (Fla.1994), cert. denied, — U.S. -, 115 S.Ct. 940, 130 L.Ed.2d 884 (1995); State v. Law, 559 So.2d 187, 189 (Fla.1989); Tompkins v. State, 502 So.2d 415, 419 (Fla.1986), cert. denied, 483 U.S. 1033, 107 S.Ct. 3277, 97 L.Ed.2d 781 (1987); Ferguson v. State, 417 So.2d 639, 641 (Fla.1982); Pierre v. State, 597 So.2d 853, 855 (Fla. 3d DCA 1992); Escobedo v. State, 561 So.2d 429 (Fla. 3d DCA 1990); Miller v. State, 435 So.2d 258 (Fla. 3d DCA 1983); *693 Broge v. State, 288 So.2d 280 (Fla. 4th DCA 1974), cert. denied, 295 So.2d 302 (Fla.1974), cert. denied, 419 U.S. 845, 95 S.Ct. 79, 42 L.Ed.2d 74 (1974).